## CHASE MANHATTAN MORTGAGE CORPORATION *v.* MANUEL MACHADO ET AL.
### (AC 25914)

Dranginis, Gruendel and Harper, Js.

Argued October 17—officially released November 1, 2005

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date and issuing any incidental orders in furtherance of that sale.

## PAULA M. ZACCARIA *v.* MARC A. ZACCARIA
### (AC 26030)

Lavery, C. J., and Gruendel and Peters, Js.

Argued October 27—officially released November 22, 2005

Per Curiam. The judgment is affirmed.

## NORTH GROSVENORDALE RESTORATION LIMITED PARTNERSHIP *v.* GLORIA PORTER ET AL.
### (AC 24891)

Dranginis, DiPentima and Peters, Js.

Argued October 26—officially released November 22, 2005

Per Curiam. The judgment is affirmed.